IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SALOMON SACAY,<br><br>　　　　Debtor.<br>_____<br><br>HALONA SUDDUTH and FARAH SANDERS,<br><br>　　　　Plaintiffs/Appellants,<br><br>　v.<br><br>SALOMON SACAY,<br><br>　　　　Defendant/Appellee.<br>_____/ | No. 11-5003 CW<br><br>ORDER TO SHOW CAUSE REGARDING BANKRUPTCY COURT'S RECOMMENDATION TO WITHDRAW REFERENCE |

　　On October 11, 2011, the bankruptcy court issued a recommendation to this Court to withdraw the reference of this adversary proceeding.  If either party objects to the bankruptcy court's recommendation, they are ordered to file a brief with the Court within seven days from the date of this order, indicating why the reference should not be withdrawn.  If neither party files an objection, the reference will be withdrawn and the adversary proceeding will be adjudicated in this Court.

　　IT IS SO ORDERED.

Dated: 10/21/2011

　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE SALOMON SACAY et al,

        Plaintiff,

v.

IN RE SALOMON SACAY et al,

        Defendant.

Case Number: CV11-05003 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Manager
U.S. Bankruptcy Court
1300 Clay Street
Suite 300
Oakland, CA 94612

William J. Lafferty
U.S. Bankrupty Court
1300 Clay St., Suite 300
Oakland, CA 94612

Dated: October 21, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2