IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SALOMON SACAY,<br><br>    Debtor.<br>_____<br><br>HALONA SUDDUTH and FARAH SANDERS,<br><br>    Plaintiffs/Appellants,<br><br>  v.<br><br>SALOMON SACAY,<br><br>    Defendant/Appellee.<br>_____/ | No. 11-5003 CW<br><br>ORDER WITHDRAWING REFERENCE FROM BANKRUPTCY COURT AND SETTING CASE MANAGEMENT CONFERENCE |

    On October 21, 2011, this Court issued an order for the parties to file objections to the bankruptcy court's recommendation that this Court withdraw the reference of this adversary proceeding.  The order indicated that if objections were not filed within seven days from the date of the order, the reference would be withdrawn.  More than seven days have past and no objection has been filed.  Therefore, the reference of this adversary proceeding is withdrawn.  A case management conference is scheduled for January 11, 2012 at 2 pm.

    IT IS SO ORDERED.

Dated: 11/21/2011

                                  CLAUDIA WILKEN
                                  United States District Judge