G. Dana Scruggs, Esq. SBN 96152
CARTWRIGHT, SCRUGGS, FULTON & WALTHER
340 Soquel Avenue, Suite 215
Santa Cruz, CA 95062
Telephone: 831-457-1700
Facsimile: 831-457-3788

Attorneys for Halona Sudduth and Farah Sanders

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOLOMON SACAY | Case No.: 11-5003 CW |
| HALONA SUDDUTH, FARAH SANDERS, <br><br> Plaintiffs, <br><br> vs. <br><br> SOLOMON SACAY, <br><br> Defendant. | **STIPULATED JUDGMENT** |

Plaintiffs HALONA SUDDUTH and FARAH SANDERS (collectively, the "Plaintiffs"), by and through their attorneys of record, G. Dana Scruggs, Esq., Jack A. Friedman, Esq., and Holly Shilliday, Esq. and Defendant SOLOMON SACAY by and through his attorney of records, Richard Veres, Esq. hereby stipulate to the following judgment in favor of Plaintiffs and against Defendant:

1. Judgment shall be entered in favor of Plaintiffs HALONA SUDDUTH and FARAH SANDERS and each of them, and against Defendant SOLOMON SACAY in the amount of $350,000, with interest to run at the rate of 10% per annum from February 1, 2012 until the Judgment is paid in full;

2. Plaintiffs HALONA SUDDUTH and FARAH SANDERS and each of them shall be entitled to their reasonable attorneys' fees and costs and any attempts to collect monies owed to them on the Stipulated Judgment;

3. Defendant SOLOMON SACAY agrees to provide annual financial disclosures on March 1st of each and every year, beginning March 1, 2012 until the Stipulated Judgment is paid in full. Said financial disclosures include, but are not limited to tax returns, for the preceding year, profit and loss statements, pension statements, retirement account statements, bank account statements (both check and savings), stock statements, bond statements, financial statements, and any and all business records of whatever type regarding any employment or self-employment over the preceding year. Additionally, Defendant SOLOMON SACAY, upon 15 day written notice to his attorney, Richard Veres, Esq., agrees to submit to an annual examination under oath of his financial condition which shall occur at a location to be selected by Plaintiffs or their counsel, but can occur within 80 miles of Oakland, California. All notices of such examination shall be provided to Richard Veres, Esq. as Defendant's attorney and shall thereafter be binding on SOLOMON SACAY; and

4. SOLOMON SACAY agrees that the amounts owed under this Stipulated Judgment are excepted from discharge pursuant to 11 U.S.C. § 523(a)(6) which excepts from discharge any debt "owed for willful and malicious injury by the debtor to another entity or to the property of another entity."

5. SOLOMON SACAY and Plaintiffs consent to the voluntary dismissal of Plaintiffs' claims arising under 11 U.S.C. § 727(a)(2)(a) and 11 U.S.C. § 727(a)(4)(a) (collectively, the "727 Claims"), with each party to bear their own attorneys' fees and costs arising from or relating to the 727 Claims.

Dated: February 15, 2012

_____
Solomon Sacay, Defendant

Dated: February 15, 2012

_____
Richard Veres, Esq., Attorney for
Solomon Sacay, Defendant

2
**STIPULATED JUDGMENT**

Dated: February 16, 2012

_____
G. Dana Scruggs, Esq. Attorney for Plaintiffs

GOOD CAUSE APPEARING THEREFOR, the above Judgment is **ORDERED** to be entered by the Court.

Dated: 2/24/2012

_____
HONORABLE CLAUDIA WILKEN
JUDGE OF THE U.S. DISTRICT COURT

**STIPULATED JUDGMENT**